**Joe GREEN, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 9, 1964.

Fritz Krueger, Somerset, for appellant.

Robert F. Matthews, Atty. Gen., David Murrell, Asst. Atty. Gen., for appellee.

MILLIKEN, Chief Justice.

The appellant, Joe Green, was convicted and sentenced to sixty days in jail and fined $100 for the sale of alcoholic beverages in dry local option territory.

We have reviewed the record, and the motion for appeal is overruled. KRS 21.-140(2).